# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Matthew Dylan Chambers                      Docket No. 7:20-CR-134-1D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Matthew Dylan Chambers, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 21st day of September, 2020.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted urine samples on December 4, and December 8, 2020 that tested positive for Methamphetamines. When confronted the defendant admitted to using the illegal substances.

The defendant's treatment obligation has been increased. While on Home Detention, the defendant was drug free until he became employed and started leaving the residence for work. It was at that time his drug use began. It is recommended that the Location Monitoring program type be increased to Home Incarceration.

The defendant has signed a waiver agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER**

- The defendant must abide by all conditions and terms of the home incarceration program until further court order. The defendant must be restricted to his residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the probation officer. The defendant must submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Reviewed and approved,                      I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith                                /s/ Corey Rich
Eddie J. Smith                                      Corey Rich
Supervising U.S. Probation Officer           U.S. Probation Officer
                                                    150 Rowan Street Suite 110
                                                    Fayetteville, NC 28301
                                                    Phone: 910-354-2540
                                                    Executed On: December 22, 2020

**Matthew Dylan Chambers**
**Docket No. 7:20-CR-134-1D**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered on December 22, 2020. It is further ordered that this document shall be filed and made a part of the records in the above case.

*Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge

**Matthew Dylan Chambers**
**Docket No. 7:20-CR-134-1D**
**Petition For Action**
**Page 3**

**FOR JUDGE'S VIEW ONLY**
**DO NOT FILE**



**Matthew Dylan Chambers**
**Docket No. 7:20-CR-134-1D**