# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Matthew Dylan Chambers**          Docket No. 7:20-CR-134-1D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Matthew Dylan Chambers, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 21st day of September, 2020.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 22, 2020, it was reported to the court that the defendant submitted urine samples on December 4, and December 8, 2020 that tested positive for Methamphetamines. The court agreed to increase the Location Monitoring program type to Home Incarceration and continue supervision.

On January 5, 2021, the defendant submitted a urine sample that tested positive for Marijuana. When confronted, the defendant admitted to using the illegal substance on a previous date. He advised that he is struggling with depression and has had some suicidal thoughts. He agreed that he would benefit from mental health counseling.

Defense Counsel was consulted and does not oppose the proposed modifications of supervision.

The defendant has signed a waiver agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER**

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.

/s/ Eddie J. Smith                        /s/ Corey Rich
Eddie J. Smith                            Corey Rich
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          150 Rowan Street Suite 110
                                          Fayetteville, NC 28301
                                          Phone: 910-354-2540
                                          Executed On: January 15, 2021

**Matthew Dylan Chambers**
**Docket No. 7:20-CR-134-1D**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered on January 15, 2021 . It is further ordered that this document shall be filed and made a part of the records in the above case.

*Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge

**Matthew Dylan Chambers**
**Docket No. 7:20-CR-134-1D**
**Petition For Action**
**Page 3**

**FOR JUDGE'S VIEW ONLY**
**DO NOT FILE**



**Matthew Dylan Chambers**
**Docket No. 7:20-CR-134-1D**