UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-134-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | **ORDER** |
| MATTHEW DYLAN CHAMBERS | : | |

The Court having considered Defendant Matthew Dylan Chambers' motion requesting leave to file his sentencing memorandum and exhibit under seal, and good cause having been shown, it is this _15_ day of July 2021 HEREBY ORDERED that the motion is GRANTED. The Clerk is directed to place the Defendant's sentencing memorandum and exhibit under seal.

JAMES C. DEVER III
United States District Judge