IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-134-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MATTHEY DYLAN CHAMBERS | ) | |

Upon motion of the United States and for the reasons stated in the Motion to Seal, it is hereby ORDERED that the Government's Motion filed at D.E. #48 be sealed, except that filed, stamped copies be provided to the United States Attorney's Office for the Eastern District of North Carolina and counsel for the defendant.

IT IS SO ORDERED, this _21_ day of ___July___, 2021.

_____
JAMES C. DEVER III
United States District Judge